

# NUMBER 13-21-00047-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CARLOS GONZALEZ,                                                     Appellant,

v.

THE STATE OF TEXAS,                                                   Appellee.

## On appeal from the 214th District Court
## of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Memorandum Opinion by Justice Tijerina**

Appellant, Carlos Gonzalez, attempts to appeal the trial court's overruling of defendant's objection to a polygraph examination. The trial court entered an order on January 19, 2021, overruling appellant's objection to the polygraph examination-as a condition of probation.

On February 8, 2021, the clerk of this court notified appellant it appeared that the order from which the appeal was taken was not a final, appealable order, and requested the defect be cured within thirty days or the appeal would be dismissed. Appellant failed to respond to the Court's notice.

Generally, a state appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *Workman v. State,* 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.–Fort Worth 1996, no pet.). Exceptions to the general rule include: (1) certain appeals while on deferred adjudication community supervision, *Kirk v. State*, 942 S.W.2d 624, 625 (Tex. Crim. App. 1997); (2) appeals from the denial of a motion to reduce bond, Tex. R. App. P. 31.1; *McKown*, 915 S.W.2d at 161; and (3) certain appeals from the denial of habeas corpus relief, *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.-- Dallas 1998, no pet.); *McKown*, 915 S.W.2d at 161.

The Court, having examined and fully considered the notice of appeal, is of the opinion that there is not an appealable order and this Court lacks jurisdiction over the matters herein. Accordingly, we dismiss the appeal for want of jurisdiction.

JAIME TIJERINA
Justice

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
27th day of May, 2021.

2